## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

REMA HEGAZY,

     Petitioner,                          Case No. 25-10470
                                             Hon. Linda V. Parker

v.

USCIS OFFICERS, *et al.*,

     Respondents.
_____/

### OPINION AND ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT (ECF No. 17)

This matter is before the Court on Respondent's motion for more definite statement under Federal Rule of Civil Procedure 12(e). (ECF No. 17.) No response was filed. In support of the motion, Respondent argues that Petitioner's current bifurcated complaint conflicts with Rule 8 of the Federal Rules of Civil Procedure and Eastern District of Michigan Local Rule 15.1. (*See* ECF Nos. 1, 7.) Specifically, Petitioner's amended complaint appears to add additional claims while also referring back to the original complaint. (*Id.*)

When an amended complaint is filed, the prior "complaint is a nullity, because an amended complaint supercedes all prior complaints." *Drake v. City of Detroit, Michigan*, 266 F. App'x 444, 448 (6th Cir. 2008). Courts only consider the most recent, controlling complaint in assessing claims. Consequently, a more

definite statement is required. Petitioner must raise all her claims in a single complaint, without reference to previously filed complaints.[1]

Consequently,

**IT IS ORDERED** that Respondent's motion for more definite statement (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner **SHALL FILE** her second amended complaint by **July 22, 2025**.  The second amended complaint **SHALL NOT** include references to the two prior complaints.  Petitioner must include any facts, claims, and exhibits she wishes to assert in this action in her second amended complaint.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 1, 2025

---

[1] The Court again advises Hegazy that the District's website contains information useful to pro se parties: http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe#courthelp. Among the resources available are the University of Detroit Mercy Law School Federal Pro Se Legal Assistance Clinic and the District's Pro Se Case Administrator.